In re: Douglas Emanuel FOREMAN,
Petitioner.

No. 05–7287.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 18, 2005.

Decided Oct. 25, 2005.

Douglas Emanuel Foreman, Petitioner
Pro Se.

Before WIDENER, MICHAEL, and
DUNCAN, Circuit Judges.

Petition denied by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Douglas Emanuel Foreman petitions for
writ of mandamus, alleging the district
court has unduly delayed acting on his 28
U.S.C. § 2255 (2000) motion. He seeks an
order from this court directing the district
court to act. We find there has been no
undue delay in the district court. Accordingly, we deny the mandamus petition and
grant Foreman's pending motion to proceed in forma pauperis. We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argument would not aid the decisional process.